United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS, CATHIE O'HANKS, and ERIK KRISTIANSON, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>WISE MEDIA LLC, MOBILE MESSENGER AMERICAS, INC., and DOES 1–10, inclusive,<br><br>Defendants.<br>                                                                    / | No. C 12-05160 WHA<br><br>**ORDER TO SHOW CAUSE REGARDING EVIDENTIARY HEARING** |

By order dated January 25, 2013, the undersigned set an evidentiary hearing to be held May 6, 2013, on the issue of whether the parties entered valid contracts (Dkt. No. 36). In light of defendant Wise Media's withdrawal of its motion to compel arbitration (Dkt. No. 44), all parties are **ORDERED** to respond by **THURSDAY, MARCH 7 AT NOON** as to why the May 6 hearing should not be vacated.

**IT IS SO ORDERED.**

Dated: March 5, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE