IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS, CATHIE O'HANKS, and ERIK KRISTIANSON, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>WISE MEDIA LLC, MOBILE MESSENGER AMERICAS, INC., and DOES 1–10, inclusive,<br><br>Defendants.<br>_____ / | No. C 12-05160 WHA<br><br>**ORDER VACATING EVIDENTIARY HEARING AND SETTING CASE MANAGEMENT CONFERENCE** |

In light of defendant's notice of withdrawal of the motion to compel arbitration, the parties were ordered to show cause why the evidentiary hearing scheduled for May 6, 2013, should not be vacated. The parties have filed a joint response agreeing that the hearing date should be vacated (Dkt. No. 46). Accordingly, the **MAY 6** hearing and the pretrial conference set for **APRIL 22** are **VACATED**.

In light of the withdrawal of the motion to arbitrate, the initial case management conference is **SET** for **MARCH 21, 2013, AT 11:00 A.M.** A joint case management statement is due at least seven days prior.

**IT IS SO ORDERED.**

Dated: March 6, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE