IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS, an individual, CATHIE O'HANKS, an individual, and ERIK KRISTIANSON, an individual, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>WISE MEDIA LLC, a Georgia limited liability company, MOBILE MESSENGER AMERICAS, INC., a Delaware corporation, and DOES 1–10, inclusive,<br><br>Defendants. | No. C 12-05160 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference. This lawsuit was filed over five months ago and it's time to move the case along.

**IT IS SO ORDERED.**

Dated: March 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE