IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS, CATHIE O'HANKS, ERIK KRISTIANSON, DAVID HANSON, RICHARD PARMENTIER, KIMBERLY BREWSTER, KEVIN BREWSTER, and KRISTIAN KUNDER, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>WISE MEDIA, LLC, MOBILE MESSENGER AMERICAS, INC., MBLOX, INC., MOTRICITY, INC., and DOES 1-10,<br><br>Defendants. | No. C 12-05160 WHA<br><br>**ORDER CONTINUING HEARING DATE ON mBLOX'S MOTION FOR SUMMARY JUDGMENT** |

On May 17, defendant mBlox, Inc., filed a motion for summary judgment, noticed for hearing on July 11, 2013. On May 31, mBlox and defendants Mobile Messenger Americas, Inc., and Motricity, Inc., filed a motion to stay the proceedings, noticed for hearing on July 25. The basis for the motion is that a receivership order was entered against defendant Wise Media, LLC, in a civil enforcement action brought by the FTC in the Northern District of Georgia.

In the interest of judicial efficiency and economy, the hearing on mBlox's motion for summary judgment is hereby set for **JULY 25, 2013, AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: June 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE