United States District Court

For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   EDWARD FIELDS, an individual,                    No. C 12-05160 WHA
     CATHIE O'HANKS, an individual, ERIK
12   KRISTIANSON, an individual, DAVID
     HANSON, an individual, RICHARD
13   PARMENTIER, an individual,                       **NOTICE RE DURIE TANGRI'S**
     KIMBERLY BREWSTER, an individual,                **MOTION TO WITHDRAW AS**
14   and KRISTIAN KUNDER, an individual,              **COUNSEL FOR WISE MEDIA**
     individually and on behalf of a class of
15   similarly situated persons,

16               Plaintiffs,

17        v.

18   WISE MEDIA, LLC, a Georgia Limited
     Liability Company, MOBILE
19   MESSENGER AMERICAS, INC., a
     Delaware Corporation, MBLOX, INC., a
20   Delaware Corporation, MOTRICITY,
     INC., a Delaware Corporation, and DOES
21   1-10, inclusive,

22               Defendants.
                                              /
23

24        Counsel for defendant Wise Media, LLC, has filed a motion to withdraw as counsel.  The

25   motion states that "Durie Tangri has repeatedly asked both Wise and [Mobile Messenger

26   Americas] to retain replacement counsel.  MMA refuses to do so, and Wise Media has not done

27   so." *First*, Attorneys Joseph B. Woodring, Michael G. Rhodes, Mazda K. Antia of Cooley LLP

28   filed notices of appearances as counsel for Mobile Messenger Americas, Inc., in February 2013.

     Durie Tangri should clarify whether they are currently the sole counsel of record in this action

for Mobile Messenger Americas, Inc.  *Second*, Durie Tangri should update the Court as to

whether Wise Media has retained substitute counsel.  Counsel should be aware that it will be of

importance to the Court to know who will represent Wise Media, as a corporation without

counsel will be in default.  Durie Tangri should file an update by **AUGUST 8.**

**IT IS SO ORDERED.**

Dated:  July 29, 2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE