IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS, an individual, CATHIE O'HANKS, an individual, ERIK KRISTIANSON, an individual, DAVID HANSON, an individual, RICHARD PARMENTIER, an individual, KIMBERLY BREWSTER, an individual, and KRISTIAN KUNDER, an individual, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>WISE MEDIA, LLC, a Georgia Limited Liability Company, MOBILE MESSENGER AMERICAS, INC., a Delaware Corporation, MBLOX, INC., a Delaware Corporation, MOTRICITY, INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>Defendants.<br> / | No. C 12-05160 WHA<br><br>**ORDER RE PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM WISE MEDIA** |

Plaintiffs have filed a letter brief seeking an order compelling defendant Wise Media, LLC, to respond to their discovery requests. Plaintiffs' counsel is ordered to redirect his discovery requests to the receiver for Wise Media and to take whatever steps are necessary to subject the receiver to the jurisdiction of this Court. Once that occurs, if any discovery dispute remains, plaintiffs may bring such disputes to the Court's attention. The Court expects all counsel to cooperate in making the receiver a party to this action.

Plaintiffs' motion to compel discovery is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated: July 29, 2013

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2