IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS, an individual, CATHIE O'HANKS, an individual, ERIK KRISTIANSON, an individual, DAVID HANSON, an individual, RICHARD PARMENTIER, an individual, KIMBERLY BREWSTER, an individual, and KRISTIAN KUNDER, an individual, individually and on behalf of a class of similarly situated persons,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WISE MEDIA, LLC, a Georgia Limited Liability Company, MOBILE MESSENGER AMERICAS, INC., a Delaware Corporation, MBLOX, INC., a Delaware Corporation, MOTRICITY, INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | No. C 12-05160 WHA<br><br>**SECOND NOTICE RE DURIE TANGRI'S MOTION TO WITHDRAW AS COUNSEL FOR WISE MEDIA** |

In connection with Durie Tangri's motion to withdraw as counsel for Wise Media, counsel must provide information regarding whether the Chief Executive Officer of Wise Media, Brian Buckley, received notice of the motion. Counsel should state when and in what manner notice was provided to Mr. Buckley. This information is due by **5 PM ON AUGUST 15.**

**IT IS SO ORDERED.**

Dated: August 14, 2013.

　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE