**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD FIELDS, an individual,
CATHIE O'HANKS, an individual, ERIK
KRISTIANSON, an individual, DAVID
HANSON, an individual, RICHARD
PARMENTIER, an individual,
KIMBERLY BREWSTER, an individual,
and KRISTIAN KUNDER, an individual,
individually and on behalf of a class of
similarly situated persons,

    Plaintiffs,

  v.

WISE MEDIA, LLC, a Georgia Limited
Liability Company, MOBILE
MESSENGER AMERICAS, INC., a
Delaware Corporation, MBLOX, INC., a
Delaware Corporation, MOTRICITY,
INC., a Delaware Corporation, and DOES
1-10, inclusive,

    Defendants.
    _____/

No. C 12-05160 WHA

**ORDER RE DURIE TANGRI'S
MOTION TO WITHDRAW AS
COUNSEL FOR WISE MEDIA**

Mobile Messenger Americas, Inc. and Durie Tangri must provide the Court with the following information, due by **12 PM ON AUGUST 20**:

- A copy of the written retainer agreement between Durie Tangri, Wise Media, and MMA.
- An accounting of the fund from which MMA agreed to pay Durie Tangri's fees, including the amount remaining.

MMA also must appear at the hearing at **8 AM ON SEPTEMBER 5.** A representative from MMA with knowledge of its fee arrangement and accounting of funds as to payment for Durie Tangri's representation of Wise Media must attend and be prepared to answer questions.

**IT IS SO ORDERED.**

Dated: August 15, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE