IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FIELDS, an individual, CATHIE O'HANKS, an individual, ERIK KRISTIANSON, an individual, DAVID HANSON, an individual, RICHARD PARMENTIER, an individual, KIMBERLY BREWSTER, an individual, and KRISTIAN KUNDER, an individual, individually and on behalf of a class of similarly situated persons,<br><br>    Plaintiffs,<br><br>  v.<br><br>WISE MEDIA, LLC, a Georgia Limited Liability Company, MOBILE MESSENGER AMERICAS, INC., a Delaware Corporation, MBLOX, INC., a Delaware Corporation, MOTRICITY, INC., a Delaware Corporation, and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 12-05160 WHA<br><br>**ORDER FOR DARCY WEDD TO APPEAR IN COURT ON SEPTEMBER 12, 2013, at 8:00 a.m.** |

    Darcy Wedd, who signed Wise Media's legal services agreement with Durie Tangri LLP on behalf of Mobile Messenger Americas, Inc, is hereby ordered to appear on **SEPTEMBER 12,**

**2013, AT 8:00 A.M.,** and possibly testify about the legal services agreement and why Mobile Messenger Americas is refusing to pay Durie Tangri's attorney's fees above $15,000 that accrue after July 1, 2013.

**IT IS SO ORDERED.**

Dated: September 9, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\WHAALL\2012Civ\12-05160 Wise Media\Order to Appear.wpd     2