IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD FIELDS, an individual, CATHIE O'HANKS, an individual, and ERIK KRISTIANSON, an individual, individually and on behalf of a class of similarly situated persons,

    Plaintiffs,

  v.

WISE MEDIA LLC, a Georgia limited liability company, MOBILE MESSENGER AMERICAS, INC., a Delaware corporation, and DOES 1–10, inclusive,

    Defendants.

No. C 12-05160 WHA

**ORDER SETTING MEET-AND-CONFER AND HEARING RE DISCOVERY DISPUTE**

    The Court **SETS** a further meet-and-confer at **9:30 A.M.**, or as soon as the 8:00 a.m. hearing on the parties' motions are complete, whichever is sooner, on **SEPTEMBER 12, 2013**, in the Court's jury room on the 19th floor of the federal courthouse. At **11:30 A.M.**, the Court shall hear any remaining issue(s) in Courtroom 8. Defendant's response to plaintiffs' letter of August 30 is due by noon on September 11.

    Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue at the discovery hearing. Please buzz chambers to be let into the jury room.

**IT IS SO ORDERED.**

Dated: September 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE