IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD FIELDS,

    Plaintiff,

  v.

WISE MEDIA LLC,

    Defendant.

No. C 12-05160 WHA

**ORDER RE OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Defendants mBlox Inc., Motricity, Inc., and Wise Media, LLC, are hereby ordered to state the extent to which they join defendant Mobile Messenger Americas, Inc.'s opposition to plaintiffs' motion for leave to file a second amended complaint.

Similarly, defendants Motricity, Mobile Messenger, and Wise Media are ordered to state the extent to which they join defendant mBlox's motion for summary judgment.

Both statements are due today, **SEPTEMBER 13, 2013, AT NOON**.

**IT IS SO ORDERED.**

Dated: September 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE