Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Edward Fields, et al.,   )
                         )   Case No: 3:12-cv-05160-WHA
           Plaintiff(s), )
                         )   **APPLICATION FOR**
     v.                  )   **ADMISSION OF ATTORNEY**
                         )   **PRO HAC VICE**
Wise Media, LLC, et al., )   (CIVIL LOCAL RULE 11-3)
                         )
           Defendant(s). )

I, Molly Theresa Cusson, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Mobile Messenger Americas, Inc. in the above-entitled action. My local co-counsel in this case is Brett A. Garner of Venable LLP, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Venable LLP<br>575 7th Street N.W.<br>Washington, D.C. 20004 | Venable LLP<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD:<br>(202) 344-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 229-9900 |
| MY EMAIL ADDRESS OF RECORD:<br>mtcusson@venable.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bagarner@venable.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 981323.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/17/13                          Molly Theresa Cusson
                                         APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Molly Theresa Cusson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:                                   [signature]
                                         UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                         Date: September 24, 2013.

PRO HAC VICE APPLICATION & ORDER                              *October 2012*