IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD FIELDS, an individual, CATHIE O'HANKS, an individual, and ERIK KRISTIANSON, an individual, individually and on behalf of a class of similarly situated persons,

    Plaintiffs,

  v.

WISE MEDIA LLC, a Georgia limited liability company, MOBILE MESSENGER AMERICAS, INC., a Delaware corporation, and DOES 1–10, inclusive,

    Defendants.

No. C 12-05160 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

The Court **SETS** a three-hour meet-and-confer starting from **11:30 A.M.–3:00 P.M. (WITH THIRTY MINUTES OFF FOR LUNCH AT 12:30 P.M.) ON WEDNESDAY, OCTOBER 2, 2013**, in the Attorney Lounge on the eighteenth floor of the federal courthouse. Please check in with chambers at 11:30 a.m. before proceeding to the Attorney Lounge. At 3:00 p.m., the Court shall hear any remaining discovery issue(s) in Courtroom 8. Plaintiffs' response is due by noon on September 30.

Please note that only those lawyers who personally attend the meet-and-confer in the Attorney Lounge may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: September 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE