**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **EDWARD FIELDS**, *et al.* | Case No. 3:12-cv-05160-WHA |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO BE EXCUSED FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |
| **WISE MEDIA, LLC**, *et al.*, | |
| Defendants. | DATE:   In Chambers<br>TIME:   In Chambers<br>CTRM:  F, 15th Floor<br>JUDGE: The Hon. Jacqueline Scott Corley |

Before the Court is Plaintiff Kevin Brewster's Request to Be Excused from Personal Attendance at Settlement Conference, made pursuant to the Court's Notice of Settlement Conference and Settlement Conference Order dated April 2, 2013 (the "Settlement Conference Order") [D.E. No. 67]. The Court, having considered the request and the record in this case, finds and rules as follows:

IT IS HEREBY ORDERED that Plaintiff Kevin Brewster's Request to Be Excused from Personal Attendance at Settlement Conference made under the Settlement Conference Order is GRANTED.

IT IS HEREBY FURTHER ORDERED that Plaintiff Kevin Brewster shall be permitted to appear by telephone if required.

IT IS SO ORDERED this __8th__ day of __January__, 2014.

*Jacqueline S. Corley*

The Honorable Jacqueline Scott Corley

UNITED STATES MAGISTRATE JUDGE