IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD FIELDS, *et al.*

    Plaintiffs,

v.

WISE MEDIA LLC, *et al.*

    Defendants.

No. C 12-05160 WHA

**ORDER TO SHOW CAUSE RE DEFENDANT WISE MEDIA**

This order is directed at counsel for plaintiffs and counsel for defendant Wise Media. This action was previously stayed as to Wise Media in response to a stay order by Judge William Duffey in the Northern District of Georgia. It has recently come to the Court's attention, however, that the Georgia action is closed. Thus, counsel are **ORDERED TO SHOW CAUSE BY JANUARY 28, 2014, AT NOON**, as to why the action should not proceed against Wise Media.

Any factual declarations must be under oath.

**IT IS SO ORDERED.**

Dated: January 21, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE