IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD FIELDS, *et al.*

    Plaintiffs,

v.

WISE MEDIA LLC, *et al.*

    Defendants.

No. C 12-05160 WHA

**SECOND ORDER TO SHOW CAUSE RE WISE MEDIA**

The Court has reviewed the timely responses filed by both parties. Given that "all assets of all defendants" were liquidated and remitted to the Federal Trade Commission by order of the Georgia court, plaintiffs are **ORDERED TO SHOW CAUSE BY JANUARY 31, 2014, AT NOON**, as to why this action should not be dismissed. According to counsel for Wise Media, the company is now "an empty shell" and is likely to be dissolved by the receiver in the near future.

**IT IS SO ORDERED.**

Dated: January 27, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE