**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Virginia A. Sanderson (Bar No. 240241)
Alison B. Kwan (Bar No. 267884)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
ginny@KRInternetLaw.com
alison@KRInternetLaw.com

**BAILEY & GLASSER LLP**
John Roddy (admitted pro hac vice)
Elizabeth Ryan (admitted pro hac vice)
125 Summer Street, Suite 1030
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
jroddy@baileyglasser.com
eryan@baileyglasser.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD FIELDS**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**WISE MEDIA, LLC**, *et al.*,<br><br>Defendants. | Case No. 3:12-cv-05160-WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED between Plaintiffs Erik Kristianson and Kevin Brewster, and Defendant mBlox, Inc., that Defendant mBlox, Inc. only is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). This stipulation shall not affect any other defendants in this action.

**IT IS SO STIPULATED.**

DATED: February 12, 2014        **KRONENBERGER ROSENFELD, LLP**

By: _____s/ Karl Kronenberger_____
Karl Kronenberger

Attorneys for Plaintiffs

DATED: February 12, 2014        **McGarry & McGarry, LLC**

By: _____s/ Annette M. McGarry_____
Annette M. McGarry

Attorneys for Defendant mBlox, Inc.

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Civil Rule 5-1(i)(3), I, Karl S. Kronenberger, hereby attest that the concurrence to the filing of this Stipulation for Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) has been obtained from Annette M. McGarry, who has provided the conformed signature above.

_____Karl S. Kronenberger_____
Karl S. Kronenberger

Case No. 3:12-cv-05160-WHA        1        **STIPULATION AND DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**